**Order filed, August 15, 2014.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-14-00663-CR
_____

### EX PARTE MARCOS M. FLORES, Appellant

**On Appeal from the County Criminal Court at Law No 5
Harris County, Texas
Trial Court Cause No. 1969753**

## ORDER

The reporter's record in this case was due **July 22, 2014**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Ramona Sonnier**, the official court reporter, to file the record in this appeal **within 10 days** of the date of this order.

PER CURIAM